# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

MARIA V. CARMONA )
)
)
)
)
Plaintiff )
)
)
v. ) Civil Case Number 07-0969 (JR)
)
)
HENRY M. PAULSON, JR., Secretary ) Category    H
of the Treasury )
)
)
Defendant )

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on <u>October 25, 2007</u> from <u>Judge John Garrett Penn</u> to <u>Judge James Robertson</u> by direction of the Calendar Committee.

(Related to 04-0589)

<u>JUDGE ELLEN S. HUVELLE</u>
Chair, Calendar and Case
Management Committee

cc:  <u>Judge Robertson</u> & Courtroom Deputy
Liaison, Calendar and Case Management Committee
Civil Case Processing Clerk ✓