**RECEIVED**

NOV 1 3 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Maria V. Carmona

V.                                          CIVIL ACTION NO. 07cv0969(JR)

Henry M. Paulson, Jr.
Secretary of the Treasury

### AFFIDAVIT OF MAILING

I, <u>J. Steven Elbell</u>, hereby state that:

On the 24th day of <u>May, 2007</u>, I caused to be deposited in the United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid, return receipt requested, addressed to the following:

|  | Item No. |
|---|---|
| Henry M. Paulson, Jr., Secretary of the Treasury | 70001670001049009268 |
| U.S. Attorney | 70001670001049009374 |
| U.S. Attorney General | 70001670001049009244 |

I received receipts for the certified mailings (attached hereto), No. 70001670001049009268, indicating that delivery of the summons and complaint was made upon said defendant on the 30th day of May 2007; No. 70001670001049009374, upon U.S. Attorney on the 29th day of May, 2007; and No. 70001670001049009244, upon U.S. Attorney General on the 29th day of May, 2007.

I declare under penalty of perjury that the foregoing is true and correct.

November 13, 2007
(Date)

_____
(Signature)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Maria V. Carmona

V.  CIVIL ACTION NO. 07cv0969(JR)

Henry M. Paulson, Jr.
Secretary of the Treasury

### AFFIDAVIT OF MAILING
### DEFENDANT'S CERTIFIED MAIL RECEIPT

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  *[signature]*    ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)    C. Date of Delivery<br>MAY 3 0 2007 |
| 1. Article Addressed to:<br>HENRY M. PAULSON, JR,<br>SEC. OF THE TREASURY<br>1500 PENNSYLVANIA AVE NW<br>WASHINGTON, DC<br>20220<br><br>07CV0969(JGP) | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label)   7000 1670 0010 4900 9268 | |
| PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540 | |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Maria V. Carmona

V.   CIVIL ACTION NO. 07cv0969(JR)

Henry M. Paulson, Jr.
Secretary of the Treasury

## AFFIDAVIT OF MAILING
## UNITED STATES ATTORNEY'S CERTIFIED MAIL RECEIPT

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature  X [signature]  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  MAY 2 9 2007  C. Date of Delivery |
| 1. Article Addressed to:<br>U.S. ATTORNEY<br>555 FOURTH STREET, NW<br>WASHINGTON, DC 20530<br><br>ATTN: CIVIL PROCESS CLERK<br>07CV0969 (JGP) | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label)  7000 1670 0010 4900 9374 | |
| PS Form 3811, February 2004  Domestic Return Receipt  102595-02-M-1540 | |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Maria V. Carmona

V.                                                            CIVIL ACTION NO. 07cv0969(JR)

Henry M. Paulson, Jr.
Secretary of the Treasury

### AFFIDAVIT OF MAILING
### UNITED STATES ATTORNEY GENERAL'S CERTIFIED MAIL RECEIPT

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

US ATTORNEY GENERAL
950 PENNSYLVANIA AVE, NW
WASHINGTON, DC 20530

07CV0969 (JGP)

2. Article Number (Transfer from service label): 7000 1670 0010 4908 9244

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]     ☐ Agent  ☐ Addressee

B. Received by (Printed Name): [illegible]
C. Date of Delivery: MAY 29 2007

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing

AFFIDAVIT OF SERVICE

was sent first class mail

this 13th day of November 2007 to:

Blanche L. Bruce
D.C. Bar No. 960245
Assistant United States Attorney
555 Fourth St., NW
Washington, DC  20530

J. Steven Elbell
8306 Haven Hill Court
Laurel, Maryland  20723
(301) 490-4328